**IN THE CIRCUIT COURT, IN AND FOR OSCEOLA COUNTY, FLORIDA**

**CASE NO.** 09 CA 3245 CI

**DRIRITE OF CENTRAL FLORIDA, INC. A/A/O LUX GROUP, LLC., AND SRV ASSOCIATES, LLC.,**

**Plaintiff,**

**vs.**

**IRONSHORE INSURANCE, LTD.,**

**Defendant.**

09 OCT 19 PM 4:22
CLERK OF COURT
CIVIL

## COMPLAINT

COMES NOW the Plaintiff, **DRIRITE OF CENTRAL FLORIDA, INC. A/A/O LUX GROUP, LLC., AND SRV ASSOCIATES, LLC.**, by and through the undersigned attorney and sues the Defendant, **IRONSHORE INSURANCE, LTD.**, a corporation authorized and doing business in the state of Florida, and alleges as follows:

1. This is an action for damages which exceed Fifteen Thousand and 00/100 ($15,000.00) Dollars, exclusive of costs, interest and attorneys fees.

2. On or about August 13, 2009, and thereafter, water damage manifested itself at structures owned and operated by LUX GROUP, LLC., and/or SRV ASSOCIATES, LLC. (the "insured"), at 4787 through 4803 Irlo Bronson Highway, Kissimmee, Osceola County, Florida (the "insured structure").

3. A policy of insurance, including the coverages to protect the insureds against the above losses, was issued by Defendant to the insureds, and was in full force



and effect when the insured structure was damaged. A copy of the policy is in the exclusive control of Defendant.

4.    Upon information and believe, the policy of insurance issued by Defendant to the insured does not indicate the name of the surplus lines agent which caused the policy to be issued and therefore, it is not known whether the Defendant complied with Florida Statute Section626.915 in issuing or causing the issuance of such coverage.

5.    On September 2, 2008, the insured retained Plaintiff to perform water mitigation and drying for the insured structure. A copy of the contract between Plaintiff and the insured is attached as Exhibit A.

6.    The services performed by Plaintiff are covered under the insured's policy with Defendant.

7.    Plaintiff billed the insured and the Defendant for services rendered. A copy of Plaintiff's billings is attached as Exhibit B.

8.    Defendant has wrongfully failed and refused to pay either the insured or Plaintiff for the covered work Plaintiff performed.

9.    As set forth in Exhibit A, the insured has assigned all rights the insured has against Defendant as to these covered losses to Plaintiff.

10.    All conditions precedent to entitle Plaintiff to recover under the policy have been complied with

11.    Defendant's refusal to pay for the work performed by Plaintiff is a breach of contract.

12.    Defendant has failed to pay the statutory interest penalties and the statutory attorneys fees required by law.

13. Plaintiff remains fully prepared to comply with Plaintiff's obligations pursuant to the aforesaid policy of insurance.

14. Because of Defendant's refusal to pay Plaintiff's losses, it has become necessary that Plaintiff retain the services of the undersigned attorney. Plaintiff is obligated to pay a reasonable fee for the attorney's services in bringing this action, plus necessary costs.

WHEREFORE, Plaintiff demands judgment against Defendant for all covered losses with interest on any overdue payments, attorney's fees and costs pursuant to F.S. Sections 627.428, 626.911, 57.041, and/or 92.231, and demands trial by jury.

Dated this 18 day of March, 2009.

THE NATION LAW FIRM

Mark A. Nation, Esquire
Florida Bar No.: 968560
The Nation Law Firm
570 Crown Oak Centre Dr.
Longwood, FL 32750
Phone (407)339-1104
Fax (407)339-1118
Attorney for Plaintiff

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075.

**I. CASE STYLE**

9th Judicial Circuit/Osceola County

CASE NO. 09 CA 3245 CI

JUDGE

DRIRITE OF CENTRAL FLORIDA, INC. a/a/o LUX GROUP, LLC, and SRV ASSOCIATES, LLC,

Plaintiff,

vs.

IRONSHORE INSURANCE, LTD,

Defendant.

**II. TYPE OF CASE** (Place an X in one box only. If the case fits more than one type of case, select the most definitive.)

| DOMESTIC RELATIONS | TORTS | OTHER CIVIL |
|---|---|---|
| ☐ Simplified Dissolution | ☐ Professional Malpractice | ☒ Contracts |
| ☐ Dissolution | ☐ Products Liability | ☐ Condominium |
| ☐ Support - IV-D | ☐ Auto negligence | ☐ Real Property/ Mortgage Foreclosure |
| ☐ Support - Non IV-D | ☐ Other negligence | ☐ Eminent Domain |
| ☐ URESA - IV-D | | ☐ Other |
| ☐ URESA - Non IV-D | | |
| ☐ Domestic Violence | | |
| ☐ Other Domestic Violence | | |

**III. Is Jury Trial demanded in Complaint?**

☒ Yes
☐ No

DATE: March 17, 2009.

Mark A. Nation, Esquire
Attorney for Plaintiff

Case: 2009 CA 003245 CI
Dkt: CICOVSHT



# EXHIBIT A



## Service Contract

In consideration of the final billing, DRIRITE® d/b/a DRIRITE of Central Florida, Inc., agrees and guarantees to perform all required restoration services within our scope of work.

**Contract:** For value received, the assignor represents that this contract is in full force and effect. The assignor fully warrants that it/he/she/they have full rights and authority to enter into this contract.

**Terms:** The terms of this contract begin at the time and date set forth next to customer's signature, with services payable at project completion.

**Credit Terms:** The undersigned customer understands and agrees that in consideration for credit being extended herein, it/he/she/they shall be liable for all amounts charged, ordered, purchased, received and incurred upon credit, on open account, or otherwise from DRIRITE until such time as this agreement is canceled by either party or until all amounts due hereunder are paid in full, whichever is later. Customer further understands that it/he/she/they are responsible for these charges regardless of whether or not customer receives reimbursement from any insurance carrier or other third party. Furthermore, it is understood and agreed that all amounts due hereunder shall be paid promptly, or according to any special terms of a particular purchase order, and should payments be made late, such overdue amounts shall accrue simple interest at a rate of one and one half percent (1.5%) per month, until such amounts are paid. Customer further understands that should any installments be in default for a period of not less than ten (10) days, said installments shall be subject to a one time delinquency charge in the amount of five percent (5%) of any such installment in default, which delinquency charge shall not be deemed interest. Everything stated in this application is correct to the best of my knowledge. It is understood that DRIRITE will retain this application whether or not it is approved. You are authorized to make all appropriate credit inquiries regarding me or this company/corporation.

**Termination:** DRIRITE may at any time either temporarily and/or permanently terminate the usage of any or all equipment.

**Voluntary Termination Fee:** Customer understands and agrees that in the event and for any reason any portion of the usage equipment is to be canceled, that a fee equal to one days usage on all canceled pieces of equipment will be therein immediately due.

**Calendar Usage:** Usage is deemed to begin at time of arrival and to the following midnight regardless of the particular hour in which the usage occurs. It is further understood that any portion of a day constitutes a days usage and will be considered a full and complete day. All usage is for a three (3) days minimum.

**Conditions of Contract:** In the event any party to this agreement brings suit to enforce any provision of this agreement, the prevailing party on any issue in any such litigation and any appeals there from, shall be entitled to recover from the other party, in addition to any damages, interest at 18% per annum from the date of owing, or other relief granted as a result of such litigation, all reasonable costs of such litigation and a reasonable attorney's fee as fixed by the court. If any suit or action is instituted under this agreement, all parties agree to submit to personal jurisdiction in the State of Florida, with venue in Orange County, Florida. Customer agrees that in the event any portion of the equipment being used is unplugged, turned off or otherwise found to be not operational due to electric circuit breaker being tripped or other unforeseen malfunctions not limited to breakage, leakage and or other occurrences that its/his/her/their are still liable for the cost of usage based on calendar usage and or voluntary termination fee. Any compensation for unforeseen equipment downtime will be effected through additional usage only. Customer understands and agrees to waive its/his/her/their right to a jury trial. Customer understands and agrees to a one time unscheduled pickup fee of $150.00 to be due immediately upon pickup of equipment Customer understands and agrees to daily compounding of interest on any unpaid balance.

**Authorization For Direct Pay And Assignment Of Insurance Proceeds:** In consideration of the labor, services, and/or materials (the "Services") provided to me by DRIRITE and/or DRIRITE's subcontractors, if any (collectively referred to as "DRIRITE"), I agree to the following:

I authorize and instruct all insurance company(ies) that may be contractually obligated to provide benefits and/or payments to me based upon or related to damage(s) to my home or other insured structure, to make payment directly to DRIRITE for all charges incurred for Services rendered to me for all remediation, repairs, and/or improvements performed or provided by DRIRITE, with DRIRITE as the sole payee. In the event any insurer obligated to make payment to me or to DRIRITE under this document, for DRIRITE's Services refuses, neglects, declines or delays in making payment to DRIRITE upon DRIRITE's demand, I hereby assign and transfer to DRIRITE any and every cause of action that exists in my favor against any such insurer, the names of which are believed to be correctly set forth below. I further authorize DRIRITE to prosecute such action, compromise, settle or otherwise resolve said claim exclusively as DRIRITE sees fit in its sole discretion. I understand, agree and waive any right or claim of interest that I may possess to interfere with DRIRITE's exclusive discretion in this regard. DRIRITE shall employ, and I consent to the employment of attorneys in prosecuting, compromising, settling or otherwise resolving any claim so assigned. I agree to cooperate fully with DRIRITE's attorneys, and to make any and all of my damaged property available for inspection or use by DRIRITE to protect DRIRITE's interests. If this contingency occurs, I understand that whatever amount DRIRITE is unable to collect from the insurer is my responsibility. I Marek Harrison have read and understand all terms and conditions of this contract.

Signature [signature] Date 9/2/2008

Case: 2009 CA 003245 CI
00073732439
Dkt: .CONPEB

# EXHIBIT B

DRIRITE. **DriRite of Central Florida, Inc.** **Tax ID# 03-0451158**

It's Not Just Our Name...It's Our Guarantee

Client: Saratoga Resort
Property: 4787 US 192
Kissimmee, FL 34741

Operator Info:
Operator: ANDREW

Estimator: Andrew Fernandez
Business: (407) 654-0303

Business: PO Box 771503
Winter Garden, FL 34777-1503

Reference:
Company: Andrew Fernandez
Business: (407) 654-0303

Business: PO Box 771503
Winter Garden, FL 34777-1503

Type of Estimate: Water Damage
Date Entered: 11/10/2008
Date Assigned:

Price List: FLOR5B8D
Restoration/Service/Remodel
Estimate: COD-SARATOGA

**DRIRITE.** DriRite of Central Florida, Inc. **Tax ID# 03-0451158**

It's Not Just Our Name...It's Our Guarantee

**COD-SARATOGA**

LxWxH 0" x 0" x 0"

**Building A**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 1. Inspection Services- Units 3085,3087,3089,3091,3093,3095,3097,3099,4001,4003- $400.00 per unit | 10.00 EA @ | 400.00 = | 4,000.00 |
| 2. Demo and Light Clean | 28.00 HR @ | 55.34 = | 1,549.52 |
| 3. Detailed Clean | 22.00 HR @ | 36.85 = | 810.70 |
| 4. Build & Maintain Containments | 54.00 HR @ | 36.85 = | 1,989.90 |
| 5. Extra Large Contents Manipulation | 6.00 EA @ | 108.50 = | 651.00 |
| 18. Equipment setup, take down, and monitoring | 66.00 HR @ | 36.85 = | 2,432.10 |
| 7. Supervisory & Project Management | 44.00 HR @ | 60.00 = | 2,640.00 |
| 8. Negative air fan | 24.00 DA @ | 70.00 = | 1,680.00 |
| 9. Dehumidifier- Large- No Monitoring | 300.00 EA @ | 75.00 = | 22,500.00 |
| 10. Add for personal protective equipment | 53.00 EA @ | 15.01 = | 795.53 |
| 11. Electrical Minimum- Per Building | 1.00 EA @ | 310.00 = | 310.00 |
| 12. Detach All Appliances & Plumbing Fixtures- Per Building | 2.00 EA @ | 265.00 = | 530.00 |
| 13. Equipment decontamination charge - HVY, per piece of equip | 24.00 EA @ | 37.54 = | 900.96 |
| 14. Haul debris- Per Building | 1.00 EA @ | 3,000.00 = | 3,000.00 |
| 15. Carpet cleaning - Per Building | 1.00 EA @ | 2,000.00 = | 2,000.00 |
| 16. Clean Tile Floor- Per Building | 1.00 EA @ | 2,000.00 = | 2,000.00 |
| 17. Supplies & Materials- Per Building | 1.00 EA @ | 2,500.00 = | 2,500.00 |

LxWxH 0" x 0" x 0"

**Building B**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 19. Inspection Services- Units 3069,3071,3073,3075,3077,3079,3081,3083- $400.00 per unit | 8.00 EA @ | 400.00 = | 3,200.00 |
| 20. Demo and Light Clean | 170.00 HR @ | 55.34 = | 9,407.80 |
| 21. Detailed Clean | 46.00 HR @ | 36.85 = | 1,695.10 |
| 22. Build & Maintain Containments | 52.00 HR @ | 36.85 = | 1,916.20 |
| 23. Extra Large Contents Manipulation | 8.00 EA @ | 108.50 = | 868.00 |
| 24. Equipment setup, take down, and monitoring | 88.00 HR @ | 36.85 = | 3,242.80 |
| 25. Supervisory & Project Management | 60.00 HR @ | 60.00 = | 3,600.00 |
| 26. Negative air fan | 32.00 DA @ | 70.00 = | 2,240.00 |
| 27. Dehumidifier- Large- No Monitoring | 400.00 EA @ | 75.00 = | 30,000.00 |
| 28. Add for personal protective equipment | 147.00 EA @ | 15.01 = | 2,206.47 |
| 29. Electrical Minimum- Per Building | 1.00 EA @ | 310.00 = | 310.00 |
| 30. Detach All Appliances & Plumbing Fixtures- Per Building | 2.00 EA @ | 265.00 = | 530.00 |
| 31. Equipment decontamination charge - HVY, per piece of equip | 32.00 EA @ | 37.54 = | 1,201.28 |
| 32. Haul debris- Per Building | 1.00 EA @ | 3,000.00 = | 3,000.00 |

**DRIRITE.** DriRite of Central Florida, Inc. Tax ID# 03-0451158

It's Not Just Our Name...It's Our Guarantee

CONTINUED - Building B

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 33. Carpet cleaning - Per Building | 1.00 EA @ | 2,000.00 = | 2,000.00 |
| 34. Clean Tile Floor- Per Building | 1.00 EA @ | 2,000.00 = | 2,000.00 |
| 35. Supplies & Materials- Per Building | 1.00 EA @ | 2,500.00 = | 2,500.00 |

**Building C**

LxWxH 0" x 0" x 0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 36. Inspection Services- Units 3045,3047,3049,3051,3053,3055,3057,3059,3061,3063- $400.00 per unit | 10.00 EA @ | 400.00 = | 4,000.00 |
| 37. Demo and Light Clean | 70.00 HR @ | 55.34 = | 3,873.80 |
| 38. Detailed Clean | 16.00 HR @ | 36.85 = | 589.60 |
| 39. Build & Maintain Containments | 36.00 HR @ | 36.85 = | 1,326.60 |
| 40. Extra Large Contents Manipulation | 6.00 EA @ | 108.50 = | 651.00 |
| 41. Equipment setup, take down, and monitoring | 66.00 HR @ | 36.85 = | 2,432.10 |
| 42. Supervisory & Project Management | 52.00 HR @ | 60.00 = | 3,120.00 |
| 43. Negative air fan | 21.00 DA @ | 70.00 = | 1,470.00 |
| 44. Dehumidifier- Large- No Monitoring | 300.00 EA @ | 75.00 = | 22,500.00 |
| 45. Add for personal protective equipment | 57.00 EA @ | 15.01 = | 855.57 |
| 46. Electrical Minimum- Per Building | 1.00 EA @ | 310.00 = | 310.00 |
| 47. Detach All Appliances & Plumbing Fixtures- Per Building | 2.00 EA @ | 265.00 = | 530.00 |
| 48. Equipment decontamination charge - HVY, per piece of equip | 26.00 EA @ | 37.54 = | 976.04 |
| 49. Haul debris- Per Building | 1.00 EA @ | 3,000.00 = | 3,000.00 |
| 50. Carpet cleaning - Per Building | 1.00 EA @ | 2,000.00 = | 2,000.00 |
| 51. Clean Tile Floor- Per Building | 1.00 EA @ | 2,000.00 = | 2,000.00 |
| 52. Supplies & Materials- Per Building | 1.00 EA @ | 2,500.00 = | 2,500.00 |
| 155. Follow Up Inspection Services- Units 3047,3051,3053,3055- $ 400.00 per unit | 4.00 EA @ | 400.00 = | 1,600.00 |

**Building D**

LxWxH 0" x 0" x 0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|

**DRIRITE.** **DriRite of Central Florida, Inc.** **Tax ID# 03-0451158**

It's Not Just Our Name...It's Our Guarantee

**CONTINUED - Building D**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 53. Inspection Services- Units 3025,3027,3029,3031,3033,3035,3037,3039,3041,3043- $400.00 per unit | 10.00 EA @ | 400.00 = | 4,000.00 |
| 54. Demo and Light Clean | 123.00 HR @ | 55.34 = | 6,806.82 |
| 55. Detailed Clean | 28.00 HR @ | 36.85 = | 1,031.80 |
| 56. Build & Maintain Containments | 59.00 HR @ | 36.85 = | 2,174.15 |
| 57. Extra Large Contents Manipulation | 7.00 EA @ | 108.50 = | 759.50 |
| 58. Equipment setup, take down, and monitoring | 77.00 HR @ | 36.85 = | 2,837.45 |
| 59. Supervisory & Project Management | 92.00 HR @ | 60.00 = | 5,520.00 |
| 60. Negative air fan | 35.00 DA @ | 70.00 = | 2,450.00 |
| 61. Dehumidifier- Large- No Monitoring | 350.00 EA @ | 75.00 = | 26,250.00 |
| 62. Add for personal protective equipment | 107.00 EA @ | 15.01 = | 1,606.07 |
| 63. Electrical Minimum- Per Building | 1.00 EA @ | 310.00 = | 310.00 |
| 64. Detach All Appliances & Plumbing Fixtures- Per Building | 2.00 EA @ | 265.00 = | 530.00 |
| 65. Equipment decontamination charge - HVY, per piece of equip | 36.00 EA @ | 37.54 = | 1,351.44 |
| 66. Haul debris- Per Building | 1.00 EA @ | 3,000.00 = | 3,000.00 |
| 67. Carpet cleaning - Per Building | 1.00 EA @ | 2,000.00 = | 2,000.00 |
| 68. Clean Tile Floor- Per Building | 1.00 EA @ | 2,000.00 = | 2,000.00 |
| 69. Supplies & Materials- Per Building | 1.00 EA @ | 2,500.00 = | 2,500.00 |
| 156. Follow Up Inspection Services- Units 3025,3027,3031,3033,3037,3039,3041- $400.00 per unit | 7.00 EA @ | 400.00 = | 2,800.00 |

**Building E** LxWxH 0" x 0" x 0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 70. Inspection Services- Units 3005,3007,3009,3011,3013,3015,3019,3021,3023- $400.00 per unit | 9.00 EA @ | 400.00 = | 3,600.00 |
| 71. Demo and Light Clean | 239.00 HR @ | 55.34 = | 13,226.26 |
| 72. Detailed Clean | 57.00 HR @ | 36.85 = | 2,100.45 |
| 73. Build & Maintain Containments | 87.00 HR @ | 36.85 = | 3,205.95 |
| 74. Extra Large Contents Manipulation | 9.00 EA @ | 108.50 = | 976.50 |
| 75. Equipment setup, take down, and monitoring | 99.00 HR @ | 36.85 = | 3,648.15 |
| 76. Supervisory & Project Management | 186.00 HR @ | 60.00 = | 11,160.00 |
| 77. Negative air fan | 31.00 DA @ | 70.00 = | 2,170.00 |
| 78. Dehumidifier- Large- No Monitoring | 450.00 EA @ | 75.00 = | 33,750.00 |

**DRIRITE.** DriRite of Central Florida, Inc. Tax ID# 03-0451158

It's Not Just Our Name...It's Our Guarantee

**CONTINUED - Building E**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 79. Add for personal protective equipment | 207.00 EA @ | 15.01 = | 3,107.07 |
| 80. Electrical Minimum- Per Building | 1.00 EA @ | 310.00 = | 310.00 |
| 81. Detach All Appliances & Plumbing Fixtures- Per Building | 2.00 EA @ | 265.00 = | 530.00 |
| 82. Equipment decontamination charge - HVY, per piece of equip | 38.00 EA @ | 37.54 = | 1,426.52 |
| 83. Haul debris- Per Building | 1.00 EA @ | 3,000.00 = | 3,000.00 |
| 84. Carpet cleaning - Per Building | 1.00 EA @ | 2,000.00 = | 2,000.00 |
| 85. Clean Tile Floor- Per Building | 1.00 EA @ | 2,000.00 = | 2,000.00 |
| 86. Supplies & Materials- Per Building | 1.00 EA @ | 2,500.00 = | 2,500.00 |
| 157. Follow Up Inspection Services- Units 3005,3007,3009,3011,3013,3015,3017,3019,3021,3023- $400.00 per unit | 10.00 EA @ | 400.00 = | 4,000.00 |

**Building F**

LxWxH 0" x 0" x 0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 87. Inspection Services- Units 2985,2987,2989,2991,2993,2995,2997,2999,3001,3003- $400.00 per unit | 10.00 EA @ | 400.00 = | 4,000.00 |
| 88. Demo and Light Clean | 54.00 HR @ | 55.34 = | 2,988.36 |
| 89. Detailed Clean | 24.00 HR @ | 36.85 = | 884.40 |
| 90. Build & Maintain Containments | 36.00 HR @ | 36.85 = | 1,326.60 |
| 91. Extra Large Contents Manipulation | 6.00 EA @ | 108.50 = | 651.00 |
| 92. Equipment setup, take down, and monitoring | 66.00 HR @ | 36.85 = | 2,432.10 |
| 93. Supervisory & Project Management | 52.00 HR @ | 60.00 = | 3,120.00 |
| 94. Negative air fan | 21.00 DA @ | 70.00 = | 1,470.00 |
| 95. Dehumidifier- Large- No Monitoring | 300.00 EA @ | 75.00 = | 22,500.00 |
| 96. Add for personal protective equipment | 40.00 EA @ | 15.01 = | 600.40 |
| 97. Electrical Minimum- Per Building | 1.00 EA @ | 310.00 = | 310.00 |
| 98. Detach All Appliances & Plumbing Fixtures- Per Building | 2.00 EA @ | 265.00 = | 530.00 |
| 99. Equipment decontamination charge - HVY, per piece of equip | 26.00 EA @ | 37.54 = | 976.04 |
| 100. Haul debris- Per Building | 1.00 EA @ | 3,000.00 = | 3,000.00 |
| 101. Carpet cleaning - Per Building | 1.00 EA @ | 2,000.00 = | 2,000.00 |
| 102. Clean Tile Floor- Per Building | 1.00 EA @ | 2,000.00 = | 2,000.00 |
| 103. Supplies & Materials- Per Building | 1.00 EA @ | 2,500.00 = | 2,500.00 |
| 158. Follow Up Inspection Services- Units 2985,2987,2991,2995,3001,3003- $400.00 per unit | 6.00 EA @ | 400.00 = | 2,400.00 |

**DRIRITE** DriRite of Central Florida, Inc. Tax ID# 03-0451158

It's Not Just Our Name...It's Our Guarantee

**CONTINUED - Building F**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|

**Building G**

LxWxH 0" x 0" x 0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 104. Inspection Services- Units 2975,2977,2979,2981,2983- $400.00 per unit | 5.00 EA @ | 400.00 = | 2,000.00 |
| 105. Demo and Light Clean | 129.00 HR @ | 55.34 = | 7,138.86 |
| 106. Detailed Clean | 23.00 HR @ | 36.85 = | 847.55 |
| 107. Build & Maintain Containments | 38.00 HR @ | 36.85 = | 1,400.30 |
| 108. Extra Large Contents Manipulation | 4.00 EA @ | 108.50 = | 434.00 |
| 109. Equipment setup, take down, and monitoring | 44.00 HR @ | 36.85 = | 1,621.40 |
| 110. Supervisory & Project Management | 76.00 HR @ | 60.00 = | 4,560.00 |
| 111. Negative air fan | 16.00 DA @ | 70.00 = | 1,120.00 |
| 112. Dehumidifier- Large- No Monitoring | 200.00 EA @ | 75.00 = | 15,000.00 |
| 113. Add for personal protective equipment | 112.00 EA @ | 15.01 = | 1,681.12 |
| 114. Electrical Minimum- Per Building | 1.00 EA @ | 310.00 = | 310.00 |
| 115. Detach All Appliances & Plumbing Fixtures- Per Building | 2.00 EA @ | 265.00 = | 530.00 |
| 116. Equipment decontamination charge - HVY, per piece of equip | 18.00 EA @ | 37.54 = | 675.72 |
| 117. Haul debris- Per Building | 1.00 EA @ | 3,000.00 = | 3,000.00 |
| 118. Carpet cleaning - Per Building | 1.00 EA @ | 2,000.00 = | 2,000.00 |
| 119. Clean Tile Floor- Per Building | 1.00 EA @ | 2,000.00 = | 2,000.00 |
| 120. Supplies & Materials- Per Building | 1.00 EA @ | 2,500.00 = | 2,500.00 |
| 159. Follow Up Inspection Services- Units 2975,2979,2981,2983- $ 400.00 per unit | 4.00 EA @ | 400.00 = | 1,600.00 |

**Building P**

LxWxH 0" x 0" x 0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 121. Inspection Services- Units 2965,2967,2969,2971,2973- $400.00 per unit | 4.00 EA @ | 400.00 = | 1,600.00 |
| 122. Demo and Light Clean | 141.00 HR @ | 55.34 = | 7,802.94 |
| 123. Detailed Clean | 37.00 HR @ | 36.85 = | 1,363.45 |
| 124. Build & Maintain Containments | 38.00 HR @ | 36.85 = | 1,400.30 |

DRIRITE. DriRite of Central Florida, Inc. Tax ID# 03-0451158

It's Not Just Our Name...It's Our Guarantee

CONTINUED - Building P

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 125. Extra Large Contents Manipulation | 4.00 EA @ | 108.50 = | 434.00 |
| 126. Equipment setup, take down, and monitoring | 44.00 HR @ | 36.85 = | 1,621.40 |
| 127. Supervisory & Project Management | 70.00 HR @ | 60.00 = | 4,200.00 |
| 128. Negative air fan | 18.00 DA @ | 70.00 = | 1,260.00 |
| 129. Dehumidifier- Large- No Monitoring | 200.00 EA @ | 75.00 = | 15,000.00 |
| 130. Add for personal protective equipment | 93.00 EA @ | 15.01 = | 1,395.93 |
| 131. Electrical Minimum- Per Building | 1.00 EA @ | 310.00 = | 310.00 |
| 132. Detach All Appliances & Plumbing Fixtures- Per Building | 2.00 EA @ | 265.00 = | 530.00 |
| 133. Equipment decontamination charge - HVY, per piece of equip | 20.00 EA @ | 37.54 = | 750.80 |
| 134. Haul debris- Per Building | 1.00 EA @ | 3,000.00 = | 3,000.00 |
| 135. Carpet cleaning - Per Building | 1.00 EA @ | 2,000.00 = | 2,000.00 |
| 136. Clean Tile Floor- Per Building | 1.00 EA @ | 2,000.00 = | 2,000.00 |
| 137. Supplies & Materials- Per Building | 1.00 EA @ | 2,500.00 = | 2,500.00 |
| 160. Follow Up Inspection Services- Units 2965,2967,2969,2971- $ 400.00 per unit | 4.00 EA @ | 400.00 = | 1,600.00 |

LxWxH 0" x 0" x 0"

Building O

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 138. Inspection Services- Units 2945,2947,2949,2951,2953,2955,2957,2959,2961,2963- $400.00 per unit | 10.00 EA @ | 400.00 = | 4,000.00 |
| 139. Demo and Light Clean | 45.00 HR @ | 55.34 = | 2,490.30 |
| 140. Detailed Clean | 13.00 HR @ | 36.85 = | 479.05 |
| 141. Build & Maintain Containments | 18.00 HR @ | 36.85 = | 663.30 |
| 142. Extra Large Contents Manipulation | 3.00 EA @ | 108.50 = | 325.50 |
| 143. Equipment setup, take down, and monitoring | 33.00 HR @ | 36.85 = | 1,216.05 |
| 144. Supervisory & Project Management | 30.00 HR @ | 60.00 = | 1,800.00 |
| 145. Negative air fan | 9.00 DA @ | 70.00 = | 630.00 |
| 146. Dehumidifier- Large- No Monitoring | 150.00 EA @ | 75.00 = | 11,250.00 |
| 147. Add for personal protective equipment | 37.00 EA @ | 15.01 = | 555.37 |
| 148. Electrical Minimum- Per Building | 1.00 EA @ | 310.00 = | 310.00 |
| 149. Detach All Appliances & Plumbing Fixtures- Per Building | 2.00 EA @ | 265.00 = | 530.00 |
| 150. Equipment decontamination charge - HVY, per piece of equip | 14.00 EA @ | 37.54 = | 525.56 |
| 151. Haul debris- Per Building | 1.00 EA @ | 3,000.00 = | 3,000.00 |

**DRIRITE.** DriRite of Central Florida, Inc. Tax ID# 03-0451158

It's Not Just Our Name...It's Our Guarantee

CONTINUED - Building O

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 152. Carpet cleaning - Per Building | 1.00 EA @ | 2,000.00 = | 2,000.00 |
| 153. Clean Tile Floor- Per Building | 1.00 EA @ | 2,000.00 = | 2,000.00 |
| 154. Supplies & Materials- Per Building | 1.00 EA @ | 2,500.00 = | 2,500.00 |
| 161. Follow Up Inspection Services- Units 2955,2957,2959,2961- $ 400.00 per unit | 4.00 EA @ | 400.00 = | 1,600.00 |

LxWxH 0" x 0" x 0"

Building N

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 162. Inspection Services- Units 2921,2923,2925,2927,2929,2931,2933,2935,2937,2939,2941,2943- $ 400.00 per unit | 12.00 EA @ | 400.00 = | 4,800.00 |
| 163. Demo and Light Clean | 255.00 HR @ | 55.34 = | 14,111.70 |
| 164. Detailed Clean | 47.00 HR @ | 36.85 = | 1,731.95 |
| 165. Build & Maintain Containments | 81.00 HR @ | 36.85 = | 2,984.85 |
| 166. Extra Large Contents Manipulation | 9.00 EA @ | 108.50 = | 976.50 |
| 167. Equipment setup, take down, and monitoring | 99.00 HR @ | 36.85 = | 3,648.15 |
| 168. Supervisory & Project Management | 130.00 HR @ | 60.00 = | 7,800.00 |
| 169. Negative air fan | 47.00 DA @ | 70.00 = | 3,290.00 |
| 180. Dehumidifier - XLarge - No monitoring | 459.00 EA @ | 113.30 = | 52,004.70 |
| 171. Add for personal protective equipment | 165.00 EA @ | 15.01 = | 2,476.65 |
| 172. Electrical Minimum- Per Building | 1.00 EA @ | 310.00 = | 310.00 |
| 173. Detach All Appliances & Plumbing Fixtures- Per Building | 2.00 EA @ | 265.00 = | 530.00 |
| 174. Equipment decontamination charge - HVY, per piece of equip | 48.00 EA @ | 37.54 = | 1,801.92 |
| 175. Haul debris- Per Building | 1.00 EA @ | 3,000.00 = | 3,000.00 |
| 176. Carpet cleaning - Per Building | 1.00 EA @ | 2,000.00 = | 2,000.00 |
| 177. Clean Tile Floor- Per Building | 1.00 EA @ | 2,000.00 = | 2,000.00 |
| 178. Supplies & Materials- Per Building | 1.00 EA @ | 2,500.00 = | 2,500.00 |

 Tax ID# 03-0451158

It's Not Just Our Name...It's Our Guarantee

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

DRIRITE. DriRite of Central Florida, Inc. Tax ID# 03-0451158

It's Not Just Our Name...It's Our Guarantee

## Summary

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 627,298.42 |
| Overhead | @ | 10.0% x | 627,298.42 | 62,729.84 |
| Profit | @ | 10.0% x | 627,298.42 | 62,729.84 |
| **Replacement Cost Value** | | | | **$752,758.10** |
| **Net Claim** | | | | **$752,758.10** |

Andrew Fernandez